UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 24-cr-28-pp

SHANNON WILDER,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DKT. NO. 228) AND ACCEPTING DEFENDANT'S GUILTY PLEA

On November 25, 2025, the defendant appeared before Magistrate Judge William E. Duffin for a change-of-plea hearing. Dkt. No. 226. Both parties consented to Judge Duffin conducting the plea colloquy. Judge Duffin explained that he would make a recommendation to this court, and that this court would decide whether the accept the plea.

Judge Duffin questioned the defendant about his rights, the penalties associated with the charges to which he was pleading, and this court's final authority to impose a sentence regardless of the recommendations of the probation department or the parties. Dkt. No. 226. At the end of the hearing, Judge Duffin concluded, and recommended that this court find, that the defendant's plea was knowing and voluntary, and supported by an independent factual basis. Dkt. No. 228 at 1. Judge Duffin recommended that this court

1

accept the defendant's guilty plea, order the probation office to prepare a presentence investigation report and schedule the case for sentencing. Id. at 2.

No party has objected to Judge Duffin's report and recommendation. Having reviewed the case, and in particular, the plea hearing and Judge Duffin's findings, the court **ADOPTS** Judge Duffin's report and recommendation. The court **ACCEPTS** defendant Shannon Wilder's guilty plea to the two offenses charged in the information, finding that he made it knowingly, voluntarily and with understanding of his rights and the consequences of his plea.

The court **ORDERS** that the probation department begin the process of preparing a presentence investigation report.

The court **SCHEDULES** a sentencing date for **April 23, 2026** at **1:30 p.m. in Room 222**. The probation office will disclose the PSR by Thursday, March 26, 2026, with objections due by April 9, 2026 The court **ORDERS** the parties file any sentencing memoranda, letters, medical evaluations, certificates of completion and any other documents they wish the court to consider at sentencing *no later than seven (7) days before the sentencing hearing (that is, by April 16, 2026)*. (This does not include objections to the presentence investigation report; objections to the presentence report must be filed within fourteen days of the disclosure of the presentence report.) If a party is unable to file such documents seven days prior to the sentencing hearing, that party must file a motion seeking the court's leave to file the document(s) less than seven days before the hearing and stating good cause for why the

2

court should grant the motion. Failure to file such documents at least seven days before sentencing (or to move for leave to file the documents less than seven days before the hearing) may result in the court *sua sponte* adjourning the hearing to a date selected by the court, based on its calendar.

The court **ORDERS** the probation office to file the revised presentence report at least seven (7) days prior to the date of the sentencing hearing.

Dated in Milwaukee, Wisconsin this 12th day of December, 2025.

                                            **BY THE COURT:**

                                            _____
                                            **HON. PAMELA PEPPER**
                                            **Chief United States District Judge**